UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, NATIONAL ASSOCIATION and U.S. BANK NATIONAL ASSOCIATION<br>                      Appellants,<br>v.<br>WINDSTREAM HOLDINGS, INC., *et al.*,<br>Appellees. | Case No. 20-cv-04276 (VB) |
| In re:<br>WINDSTREAM HOLDINGS, INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 19-22312 (RDD)<br>(Jointly Administered) |

**ORDER GRANTING APPELLANTS' MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO APPELLATE RECORD**

Upon the *Appellants' Motion to Accept Documents under Seal into Appellate Record* (the "Motion"), for good cause shown; it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion is granted; and

2. The Clerk for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") is permitted and authorized to transmit to the United States District Court for the Southern District of New York (the "District Court") those portions of the appellate record, as designated by the Appellants, which were received by the Bankruptcy Court under seal (the "Sealed Material").

3. This Court will accept, under seal, the Sealed Material, and the Sealed Material shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials.

4. Upon entry, Appellants shall give notice of this Order to counsel for the Appellees.

Date: June 10, 2020

_____
THE HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE