UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:                                                      :
                                                            :
                                                            : **ORDER**
WINDSTREAM HOLDINGS, INC. et al.,                           :
                      Debtors.                            :
---------------------------------------------------------------:
U.S. BANK NATIONAL ASSOCIATION, CQS                         :
(US), LLC,                                                  :
                      Appellants,                         : 20 CV 4276 (VB)
v.                                                          :
                                                            :
WINDSTREAM HOLDINGS, INC. et al.,                           :
                      Appellees.                          :
--------------------------------------------------------------x

      Having reviewed Debtors' motions to strike (Doc. #17; 20 CV 5440 Doc. #19) and appellants' responses to the motions (Docs. ##20, 21), it is HEREBY ORDERED:

      1.     The motions to strike are DENIED AS MOOT. The Court consolidated the pending appeals in its Memorandum Opinion & Order dated August 3, 2020. (Doc. #18). Accordingly, the Court will not strike the consolidated brief—which appellants U.S. Bank and CQS (US), LLC agree will be the operative opening brief in the consolidated appeal. (See Docs. ##20, 21).

      2.     Debtors' brief in the consolidated appeal is due September 2, 2020.

      3.     Appellants' single reply brief in the consolidated appeal is due September 16, 2020.

      The Clerk is directed to terminate the motions. (20 CV 4276 Doc. #17; 20 CV 5440 Doc. #19).

Dated: August 4, 2020
       White Plains, NY

                                               SO ORDERED:

                                               Vincent L. Briccetti
                                               United States District Judge