**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UMB BANK, NATIONAL
ASSOCIATION and CQS (US), LLC

                Appellants,

    v.

WINDSTREAM HOLDINGS, INC., *et al.*,

            Appellees.

Case No. 20-cv-04276 (VB)

## ORDER GRANTING INTERVENOR-APPELLEE ELLIOTT INVESTMENT MANAGEMENT L.P.'S MOTION TO FILE ITS BRIEF UNDER SEAL

Upon *Intervenor-Appellee Elliott Investment Management L.P.'s* ("Elliott") *Motion to File its Brief Under Seal* (the "Motion"), for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

1.      The Motion is granted;

2.      This Court grants Elliott leave to file under seal a confidential version of its brief (the "Sealed Brief") and to file a public, redacted version of its brief, and the Sealed Brief shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials; and

3.      Upon entry, Elliott shall give notice of this Order to counsel for the Appellants.

Dated: ___9/2/2020___, 2020

                                    _____
                                    THE HONORABLE VINCENT L. BRICCETTI
                                    UNITED STATES DISTRICT JUDGE